37 F.3d 1495
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 MONROE ROOSEVELT PARKER, Jr., Reverend, Plaintiff Appellant,
v.
THE CITY OF VIRGINIA BEACH; Virginia Beach Correctional
Center; Virginia Beach Sheriff's Department; Robert J.
Humphreys; W. M. Summerell, Detective; L. L. Chappell,
Detective; Frank Drew; S. W. Bowser; Hess's Department
Store; S & K Men's Store; Sharon Butler; Wanda Jackson;
E. Diane Mcmahon; John White; Frank Collingsworth; Jack
Fox; J. T. Haddan, Warden, FCI Butner; United States
Department of Justice; W. C. Smith, Major, Virginia Beach
Correctional Center; Deputy Suggs, Virginia Beach Sheriff's
Department; Robert J. Siedel, Jr., Assistant United States
Attorney; Janet Reno, United States Attorney General; K.
G. Seareg, Badge; Theresa Berry, Virginia Beach Assistant
Public Defender; Peter T. Legler, Virginia Beach Public
Defender; G.L. Ingram, Regional Director/Regional Office
Federal Bureau of Prisons; G. Norman Acker, III, Assistant
United States Attorney; Margaret Person Currin, United
States Attorney; Steven Cheiner, Special Agent; Allan
Ezell, Special Agent, Defendants Appellees.
 No. 94-1713.
 United States Court of Appeals, Fourth Circuit.
 Submitted: September 26, 1994
Decided: October 17, 1994.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (CA-93-1024-2)
 Monroe Roosevelt Parker, Jr., Appellant Pro Se.
 Richard Jay Beaver, City Attorney's Office, Virginia Beach, Virginia; Robert Martin Tata, Hunton & Williams, Norfolk, Virginia; Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Gregory E. Lucyk, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.
 E.D.Va.
 DISMISSED.
 Before ERVIN, Chief Judge, and WILKINSON and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order dismissing his civil rights complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. Parker v. City of Virginia Beach, No. CA-93-1024-2 (E.D. Va. Mar. 24, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED